IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CURTIS COLE<br>    Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | C.A. NO. 4:21-cv-3992 |
| SELECT PORTFOLIO SERVICING, INC.<br>    Defendant | §<br>§<br>§ | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Curtis Cole ("**Plaintiff**") and Defendant, Select Portfolio Servicing, Inc. ("**Defendant**") hereby file this Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and would respectfully show unto the Court as follows:

1. Plaintiff wishes to dismiss all claims against Defendant with prejudice and Defendant's consent to same.

2. In conformity with Rule 41(a)(1)(A)(ii), this Stipulation is signed by all parties who have appeared in the action.

3. By this Stipulation, it is hereby stipulated that all claims and causes of action brought by Plaintiff against Defendant are dismissed with prejudice to re-filing same or any part thereof.

4. Plaintiff and Defendant further stipulate that all costs of court, attorney's fees and other costs incurred are to be borne by the party incurring the same.

WHEREFORE, PREMISES CONSIDERED, all claims and causes of action brought by Plaintiff against Defendant are dismissed with prejudice by stipulation of all parties.

Respectfully submitted,

By: /s/ Eric DeLaRue
    Eric DeLaRue
    Texas Bar No. 24103505
    Law Office of Erick DeLaRue, PLLC
    2800 Post Oak Boulevard, Suite 4100
    Houston, Texas 77056
    (713) 899-6727 Telephone
    Erick.delarue@delaruelaw.com

**ATTORNEYS-IN-CHARGE FOR PLAINTIFF**

By: /s/ Michael F. Hord Jr.
    Michael F. Hord, Jr.
    Texas Bar No. 00784294
    Eric C. Mettenbrink
    Texas Bar No. 24043819
    Hirsch & Westheimer, P.C.
    1415 Louisiana, 36th Floor
    Houston, Texas 77002
    (713) 220-9182 Telephone
    (713) 223-9319 Facsimile
    mhord@hirschwest.com
    emettenbrink@hirschwest.com

**ATTORNEYS-IN-CHARGE FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of February 2022, a true and correct copy of the foregoing and/or attached was served on each attorney of record or party in accordance with **Federal Rule of Civil Procedure 5(b)** as follows:

Erick DeLaRue
Law Office of Erick DeLaRue, PLLC
2800 Post Oak Boulevard, Suite 4100
Houston, Texas 77056
**Via ECF**

/s/ Michael F. Hord Jr.
Michael F. Hord Jr.